THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT EDWARD O'BRYAN, Appellant.—

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.